IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRIAN CURTIS THIGPEN and MONICA ELLIS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 111-050 |
| ARLISA MILLS, Sergeant, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Ms. Monica Ellis is **DISMISSED** as a party to this lawsuit.

In addition, the Court notes that Plaintiff Thigpen has requested to voluntarily dismiss his case. (Doc. no. 8.) As no Defendant has filed an Answer or other responsive pleading in this case, according to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Thigpen may dismiss his case

without an Order from the Court. Therefore, the Clerk is **DIRECTED** to **DISMISS** this civil action without prejudice.[1]

SO ORDERED this 17th day of May, 2011, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In addition to his motion to voluntarily dismiss, Plaintiff has filed the papers needed to process his request to proceed *in forma pauperis* ("IFP"). (Doc. nos. 6, 7.) Because the IFP papers were dated earlier than the motion to voluntarily dismiss, the Court presumes that Plaintiff initially intended to submit his IFP papers and proceed with his case, but later opted for voluntary dismissal. Accordingly, the Court clarifies that, in light of Plaintiff's decision to dismiss his case at this juncture, the dismissal of this case should not count as a "strike" for the purposes of 28 U.S.C. 1915(g).